No. 02–9768. MADYUN v. FRANK, SECRETARY, WISCONSIN DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–9770. LOVELL v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9771. KELLEY v. MOORE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–9778. CAMPBELL v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 02–9780. ANDREWS v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9785. MACY v. SAIF CORP. Ct. App. Ore. Certiorari denied.

No. 02–9787. PATTERSON v. CZERNIAK, SUPERINTENDENT, OR-EGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 02–9793. MCINTYRE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–9797. SCHIRATO v. JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9799. TAYLOR v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–9800. BURNS v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–9817. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–9818. TRAINER v. BROWN ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9851. WAGENER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–9876. KALINOWSKI v. HOLMES, WARDEN, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.